### 14653.   MURPHEY *v.* THE STATE.

LUKE, J. The evidence authorized the defendant's conviction of the offense of bastardy and the conviction has the approval of the trial judge.

The special ground of the motion for a new trial which complains of the refusal to allow the defendant's counsel, in his concluding argument, to read from a calendar to the jury is not cause for a new trial. The calendar had not been introduced in evidence and was not a part of the record.

The defendant has had a legal trial, and for no reason assigned did the court err in overruling his motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 10, 1923.

Indictment for bastardy; from Haralson superior court — Judge Irwin. April 19, 1923.

*Edwards & Edwards,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.